# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0329.  KIMBERLY KING v. LESMA MILLER.

On October 16, 2018, the Magistrate Court of DeKalb County issued a default judgment and writ of possession in favor of Lesma Miller in this dispossessory action. On February 11, 2019, Kimberly King filed an application for discretionary appeal in this Court. We, however, lack jurisdiction.

This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).  But here, the only order in the application materials was issued by the magistrate court, which has not been reviewed by a state or superior court.[1]

Further, the application was not timely filed.  Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). King's application, filed 118 days after entry of the magistrate court's judgment, is untimely.

---

[1] In her application, King states that "[t]here is not a record of judgment from [the] hearing on October 30, 2018."  She also references a order entered on January 31, 2019 in a "Motion to Stay Pending Appeal" that she attached to her application. The only order contained in the application materials, however, is the October 16, 2018 magistrate order.

For these reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/28/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*